FREDERICK BEDELL, Respondent, *v.* DICTOGRAPH PRODUCTS COMPANY, INC., Appellant.

Submitted February 28, 1938; decided March 8, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 657.)

ELIZABETH KUHN, as Administratrix of the Estate of FRANCIS KUHN, Deceased, Appellant and Respondent, *v.* CITY OF NEW YORK et al., Defendants; P. J. CARLIN CONSTRUCTION COMPANY, Appellant, and ALBEE GODFREY WHALE CREEK COMPANY, INC., Respondent.

Submitted February 28, 1938; decided March 8, 1938.

*Per Curiam.* In our previous decision (274 N. Y. 118) we granted a new trial as against P. J. Carlin Construction Company to enable the plaintiff to present additional evidence if she had any and so desired. Plaintiff now requests that, in the event reargument is denied, we dismiss the complaint instead of awarding a new trial so that she may proceed under the Workmen's Compensation Law. The amendment is made to comply with her request.